# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Mary Jane Schneider,                    :
                                        :
                    Petitioner          :
                                        :
            v.                          :  No. 2196 C.D. 2015
                                        :
Commonwealth of Pennsylvania,           :
Public School Employees'                :
Retirement Board,                       :
                                        :
                    Respondent          :


**PER CURIAM**                 **O R D E R**


**NOW**, October 6, 2016, it is ordered that the above-captioned Memorandum Opinion, filed July 14, 2016, shall be designated OPINION and shall be REPORTED.